**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LORITA ANN COLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-1060-M |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On November 13, 2015, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by December 4, 2015. On December 1, 2015, the Acting Commissioner filed an objection, and on December 18, 2015, plaintiff filed a response to the Acting Commissioner's objection.

The Court has carefully reviewed the court file in this matter de novo. The Court concurs with the Magistrate Judge's conclusions that the Administrative Law Judge ("ALJ") did not properly weigh the evidence and that substantial evidence does not support the ALJ's credibility finding.

Accordingly, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 25] issued by the Magistrate Judge on November 13, 2015;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 31st day of December, 2015.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE